[No. 7939–2–III.   Division Three.   January 14, 1988.]

MARIAN GANTS, ET AL, *Appellants,* v. ARNOLD G. PETERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–02757–1, Harold D. Clarke, J., entered June 11, 1986. *Affirmed* by unpublished opinion

per McInturff, C.J., concurred in by Munson and Thompson, JJ.